### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
#### LYNCHBURG DIVISION

| | |
|---|---|
| DAVID THORSTED, | CIVIL NO. 3:16-CV-00025 |
| *Plaintiff,* | |
| v. | ORDER |
| CHASE HOME MORTGAGE a/k/a JPMORGAN CHASE BANK, N.A., | |
| *Defendant.* | JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Defendant Chase Home Mortgage a/k/a JPMorgan Chase Bank, N.A.'s motion to dismiss (dkt. 3) is **GRANTED**.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to the Plaintiff and all counsel of record, and to strike this matter from the active docket of the Court.

Entered this __5th__ day of May, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE